IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:13-cv-00139-D

| | |
|---|---|
| DRS. AGUERO, HUGHES & ASSOC., P.A.; et al.<br><br>Plaintiffs,<br><br>DENTAL ONE, INC., et al.<br><br>Defendants, | **DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

Plaintiff, Dental One, Inc., pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes    (X) No

2. Does party have any parent corporations?

    (X) Yes    ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: DentalOne Partners, Inc. (Parent); MSD Capital, Inc. (Grandparent)

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes    (X) No

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes    (X) No

If yes, identify entity and nature of interest:

5.     Is party a trade association?

       ( ) Yes          (X) No

This the 27th day of February, 2013.

|  |  |
|---|---|
| BY: | /s/ Mark A. Finkelstein |
|  | Stephen W. Petersen |
|  | NC Bar No. 23462 |
|  | steve.petersen@smithmoorelaw.com |
|  | Mark A. Finkelstein |
|  | NC Bar No. 13187 |
|  | mark.petersen@smithmoorelaw.com |
|  | SMITH MOORE LEATHERWOOD LLP |
|  | P O Box 27525 |
|  | Raleigh, NC  27611 |
|  | Telephone:  (919) 755-8700 |
|  | Facsimile:  (919) 755-8800 |
|  |  |
|  | Brian A. Colao |
|  | TX Bar No. 00793528 |
|  | bcolao@dykema.com |
|  | DYKEMA GOSSETT PLLC |
|  | 1717 Main Street, Suite 4000 |
|  | Dallas, TX  75201 |
|  | Telephone: (214) 462-6400 |
|  | Facsimile: (214) 462-6401 |
|  |  |
|  | /s/ Johnny M. Loper |
|  | Johnny M. Loper |
|  | NC Bar No. 15533 |
|  | jloper@wcsr.com |
|  | WOMBLE CARLYLE SANDRIDGE |
|  |   & RICE, LLP |
|  | 150 Fayetteville Street, Suite 2100 |
|  | P. O. Box 831 |
|  | Raleigh, NC 27602 |
|  | Telephone:  (919) 755-2116 |
|  | Facsimile:  (919) 755-6056 |
|  |  |
|  | *Counsel for DentalCare Partners, Inc.,* |
|  | *Dental One, Inc., and* |
|  | *DCP Equity Partners, LLC* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** has been filed electronically with the Clerk of the Court using the CM/ECF system and duly served by depositing a copy thereof in the United States mail, first-class, postage prepaid, to the following:

Jeffrey P. Gray
David S. Coats
Allison P. Cooper
Adam N. Olls
BAILEY & DIXON, L.L.P.
Post Office Box 1351
Raleigh, NC 27602
Telephone: (919) 828-0731
Facsimile: (919) 828-6592
jgray@bdixon.com
dcoats@bdixon.com
acooper@bdixon.com
aolls@bdixon.com
*Counsel for Drs. Aguero, Hughes & Assoc., P.A.;*
*Beatriz R. Aguero, D.D.S. & Associates II, P.A.;*
*Beatriz R. Aguero, D.D.S. & Associates IV, P.A.;*
*Drs. Alston, Johal & Dunning, P.A.;*
*Dr. Patel, Alston & Associates I, P.A.;*
*Drs. Johal, Dunning & Associates, P.A.;*
*Drs. Johal, Dunning & Associates II, P.A.;*
*Drs. Johal, Dunning & Associates IV, P.A.;*
*Drs. Johal, Dunning & Associates V, P.A.;*
*Drs. Johal, Dunning & Associates VI, P.A.;*
*Drs. Johal, Dunning & Associates VII, P.A.;*
*Drs. Cameron & Roman I, P.A.;*
*Drs. Cameron, Roman & Associates II, P.A.;*
*Drs. Cameron & Roman III, P.A.;*
*Dr. Smith & Associates I, P.A.;*
*Dr. Christopher M. Silvoy, D.M.D. & Associates, P.A.;*
*Benson J. Ybanez, D.D.S. & Associates, P.A.;*
*Benson J. Ybanez, D.D.S. & Associates II, P.A.; and*
*Drs. Ghodke, Lindsey & Associates, P.A.*

This the 27th day of February, 2013.

/s Mark Finkelstein
Stephen W. Petersen
NC Bar No. 23462
steve.petersen@smithmoorelaw.com
Mark A. Finkelstein
NC Bar No. 13187
mark.petersen@smithmoorelaw.com
SMITH MOORE LEATHERWOOD LLP
P.O. Box 27525
Raleigh, NC 27611
Telephone: (919) 755-8700
Facsimile: (919) 755-8800